478 A.2d 72

Commonwealth v. Frazier, Appellant.
Petition for Allowance of Appeal
Denied Oct. 1, 1984.

Submitted January 19, 1984.  John B. Elbert, for appellant;
Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgment of sentence affirmed.

478 A.2d 72

Commonwealth v. Giorgianni, Appellant.
Petition for Allowance of Appeal
Denied Oct. 1, 1984.

Argued March 1, 1984.
Robert C. Eddins, for appellant, Clark Edward Marcus,
Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Judgment of sentence affirmed.